**Order entered August 2, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-00381-CV

### BRANCH BANKING & TRUST COMPANY, Appellant

### V.

### L&S INVESTMENT PARTNERS, LLC, ROBERT LEMELIN, LEO LEMELIN, BRIAN LEMELIN AND SCOTT SEIDEMAN, Appellees

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-12543**

## ORDER

Before the Court is the July 31, 2017 second agreed motion to extend time to file a brief filed by cross-appellants Robert Lemelin, Brian Lemelin, and Leo Lemelin. We **GRANT** the motion and **ORDER** the brief filed on or before **August 7, 2017**.

/s/     CAROLYN WRIGHT
         CHIEF JUSTICE